UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23229-BLOOM/Louis

PATRICK FAIRCLOUGH,

    Plaintiff,

v.

TRIANA FAMILY FENCE, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, ECF No. [23] ("Stipulation"), filed on December 23, 2020. The Court has carefully reviewed the Stipulation and the record, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [23]** is **APPROVED**;
2. The above-styled case is **DISMISSED WITH PREJUDICE**;
3. Each party shall bear its own attorneys' fees and costs, except as agreed upon by the parties;
4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;
5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 20-cv-23229-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 23, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record